NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR
DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Center for Human Rights & Constitutional Law
Peter A. Schey
Carlos R. Holguín
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693

ATTORNEYS FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Martin R. Aranas, Irma Rodriguez, Jane Deleon

Plaintiff(s),

v.

Janet Napolitano, Secretary, Department of Homeland Security; Department Of Homeland Security; Alejandro Mayorkas, Director, United States Citizenship & Immigration Services; United States Citizenship &

Defendant(s).

CASE NUMBER: SACV12 1137 JVS (MLGx)

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:  THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY** — **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| Bipartisan Legal Advisory Group of U.S. House of Representatives (BLAG) | The Department of Justice has indicated that it will decline to defend the constitutionality of § 3 of the Defense of Marriage Act (DOMA). The BLAG has regularly sought to intervene in cases challenging § 3 of the DOMA in order to defend its constitutionality, and plaintiffs accordingly expect the BLAG to seek to intervene in this action for that purpose. |

July 11, 2012
Date

Sign

Carlos Holguin
Attorney of record for or party appearing in pro per