STUART F. DELERY
Acting Assistant Attorney General
Civil Division

WILLIAM H. ORRICK, III
Deputy Assistant Attorney General

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Assistant Director

JESI J. CARLSON
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7037
Facsimile:  (202) 305-7000
Email: jesi.j.carlson@usdoj.gov

Attorneys for the Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MARTIN R. ARANAS, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JANET NAPOLITANO, Secretary, of the Department of Homeland Security, et al.,<br><br>Defendants. | No. CV 12-1137-JVS (MLGx)<br><br>**NOTICE TO THE COURT** |

    Defendants, by their undersigned counsel, hereby notify the Court and the parties that the Department of Justice will not defend the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7, under the equal protection component of the Fifth Amendment, for the reasons explained in the attached letter to the Court from Stuart F. Delery, Acting Assistant Attorney General for the Civil

Division, dated July 25, 2012 (Attachment 1).  The reasons cited in Acting Assistant Attorney General Delery's letter are further explained in the letter from the Attorney General to The Honorable John A. Boehner, Speaker of the House, dated February 23, 2011, which is attached hereto (Attachment 2).  The Attorney General has informed Congress of this decision pursuant to 28 U.S.C. § 530D(a)(1)(B)(ii), to facilitate Congress's participation in the litigation.  *See* Letter from Judy Appelbaum, Acting Assistant Attorney General for the Office of Legislative Affairs, to The Honorable John A. Boehner, dated July 25, 2012 (Attachment 3).

Dated: July 25, 2012                    Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General
Civil Division

WILLIAM H. ORRICK, III
Deputy Assistant Attorney General

DAVID J. KLINE
Director, Office of Immigration Litigation

JEFFREY S. ROBINS
Assistant Director

s/ *Jesi J. Carlson*
JESI J. CARLSON
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 305-7037
Facsimile:  (202) 305-7000
Email: jesi.j.carlson@usdoj.gov