# ATTACHMENT 1

*Aranas, et al. v. Napolitano*, *et al.*, 12-cv-1137



**U.S. Department of Justice**

Civil Division

_Office of the Assistant Attorney General_                           _Washington, D.C. 20530_

July 25, 2012

The Honorable James V. Selna
United States District Court for the
 Central District of California
411 West Fourth Street, Room 1053
Santa Ana, California  92701-4516

      Re:  _Aranas, et al. v. Napolitano_, No.  8:12-cv-01137-JVS-MLG (C.D. Cal.)

Dear Judge Selna:

      The above-referenced action involves the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7.

      The President and Attorney General previously have determined: that Section 3 of DOMA classifies on the basis of sexual orientation; that heightened scrutiny is the appropriate standard of review for the classification based on sexual orientation in Section 3 of DOMA; that, consistent with that standard, Section 3 of DOMA may not be constitutionally applied to same-sex couples whose marriages are legally recognized under state law; and that the Department would cease its defense of Section 3 against challenges under the equal protection component of the Fifth Amendment in such cases.

      Further, as the Attorney General explained in his letter of February 23, 2011, we hereby "notify the courts of our interest in providing Congress a full and fair opportunity to participate in the litigation" in this case.  In addition, we "will remain parties to the case and continue to represent the defendants and the interests of the United States throughout the litigation."

                        Respectfully submitted,

                        Stuart F. Delery
                        Acting Assistant Attorney General