# ATTACHMENT 3

*Aranas, et al. v. Napolitano, et al.*, 12-cv-1137

U.S. Department of Justice

Office of Legislative Affairs

Office of the Assistant Attorney General          Washington, D. C. 20530

July 25, 2012

The Honorable John A. Boehner
Speaker
U.S. House of Representatives
Washington, DC 20515

Re:  Information on Defense of Marriage Act Litigation

Dear Mr. Speaker:

Pursuant to the Attorney General's letter to you under 28 U.S.C. § 530D, dated February 23, 2011, we are providing follow-up information concerning another pending case where Section 3 of the Defense of Marriage Act has been challenged under the equal protection component of the Fifth Amendment, and where the Department of Justice will not defend that provision from such a challenge. This case is *Aranas, et al. v. Napolitano*, No. 8:12-cv-01137-JVS-MLG (C.D. Cal.). A response to the plaintiffs' complaint is due on September 10, 2012. We will remain a party to this case in order to represent the interests of the United States.

We hope this information is helpful. Please do not hesitate to contact this office if we may provide additional assistance regarding this or any other matter.

Sincerely,

Judith C. Appelbaum
Acting Assistant Attorney General