CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos R. Holguín (Cal. Bar No. 90754)
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693 (Schey Ext. 304, Holguín ext. 309)
Facsimile: (213) 386-9484
pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Additional counsel listed next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARTIN R. ARANAS, *et al.*, <br><br> Plaintiffs, <br><br> -vs- <br><br> JANET NAPOLITANO, Secretary of the Department of Homeland Security; *et al.*, <br><br> Defendants. | SACV12-01137 CBM (AJWx) <br><br> NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS 21-22 IN SUPPORT OF MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION. <br><br> Hearing: None <br> Time: n/a <br> Hon. Consuelo B. Marshall |

/ / /

*Additional counsel for plaintiff Aranas:*

PUBLIC LAW CENTER
Julie Greenwald (Cal. Bar No. 233714)
Monica Ashiku (Cal. Bar No. 263112)
601 Civic Center Drive West
Santa Ana, CA 92701
Telephone: (714) 541-1010 (Greenwald Ext. 263, Ashiku Ext. 249)
Facsimile: (714) 541-5157
jgreenwald@publiclawcenter.org
mashiku@publiclawcenter.org

ASIAN LAW ALLIANCE
Beatrice Ann M. Pangilinan (Cal. Bar No. 271064)
184 Jackson Street, San Jose, CA 95112
Telephone: (408) 287-9710
Facsimile: (408) 287-0864
Email:  bpangilinan@asianlawalliance.org

*Additional counsel for plaintiffs Rodriguez and DeLeon:*

LAW OFFICES OF MANULKIN & BENNETT
Gary H. Manulkin (Cal. Bar No. 41469)
Reyna M. Tanner (Cal. Bar No. 197931)
10175 Slater Avenue, Suite 111
Fountain Valley, CA 92708
Telephone: 714-963-8951
Facsimile: 714-968-4948
gmanulkin@mgblaw.com
reynatanner@yahoo.com

/ / /

NOTICE OF FILING OF SECOND SET OF SUPPLEMENTAL EXHIBITS IN SUPPORT OF

MOTIONS FOR CLASS CERTIFICATION AND PRELIMINARY INJUNCTION

PLEASE TAKE NOTICE that plaintiffs have filed concurrently herewith Exhibits 21-22 in support of their motions for preliminary injunction and class certification. These supplemental exhibits are filed for the following reasons:

This action challenges the discriminatory denial of benefits under the Immigration and Nationality Act, 8 U.S.C. §§ 1101, *et seq.*, to members of lawful marriages solely because the spouses are of the same sex. Defendants refuse to recognize same-sex marriages as valid predicates for the granting of immigration benefits pursuant to § 3(a) of the Defense of Marriage Act, Pub. L. 104-199, § 3(a), 110 Stat. 2419, *codified at* 1 U.S.C. § 7 ("DOMA"). Although defendants concede DOMA § 3 is unconstitutional, they refuse to extend to plaintiffs and those similarly situated even *temporary* protection from illegal status, forced unemployment or illegal employment, detention or removal.

Under submission are plaintiffs' motions for class certification and a preliminary injunction. Plaintiffs therein contend that this is a proper case for class certification and they and their proposed class members are suffering irreparable injury as a result of defendants' policy and practice of denying even temporary immigration benefits to same-sex spouses pursuant to DOMA § 3. Defendants counter that same-sex spouses are not irreparably injured as a result of continued adherence to DOMA § 3. *See, e.g.*, Defendants' Reply to Plaintiffs' Opposition to

Notice of Filing of Supplemental Exhibits - 1 -
Center for Human Rights & Constitutional Law
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

Stay Proceedings, Dkt. No. 116, at 4.

Well after the close of briefing on plaintiffs' motion for preliminary injunction, the Solicitor General filed its brief on the merits in *United States v. Windsor*, No. 12-307 (S. Ct. Sept. 11, 2012), 2012 WL 3991414, a case in which it is possible, though by no means certain, that the Supreme Court will decide whether DOMA § 3 violates the Fifth Amendment's guarantee of equal protection of the laws.

In urging the Supreme Court to hold DOMA § 3 unconstitutional in *Windsor*, the Administration now concedes that DOMA "inflicts a vast array of … *severe harms* upon the tens of thousands of legally married same-sex couples in this country." *See* Second Set of Supplemental Exhibits in Support of Motions for Class Certification and Preliminary Injunction, Exhibit 21, filed concurrently herewith, at 17 (emphasis added). Among the "severe harms" the Administration cites is that —

> [a] non-citizen same-sex spouse of a United States citizen cannot qualify as the citizen spouse's immediate relative for purposes of obtaining lawful permanent residence, *subjecting the non-citizen spouse to the possibility of removal (if in the United States) or continued separation (if abroad)*.

*Id*. (emphasis added).

In short, defendants now concede that DOMA § 3 inflicts severe injury upon bi-national, same-sex spouses denied immigration benefits. This Court should accordingly grant plaintiffs' pending motion for a preliminary injunction, Dkt. No. 12, and class certification, Dkt. No. 13.

Regarding class certification, while plaintiffs have previously submitted

argument and evidence regarding numerosity, plaintiffs wish to bring to the Court's attention a study issued in March 2013 by The Williams Institute of the University of California School of Law reporting that in the United States there are an estimated 32,300 bi-national same-sex couples (one US citizen and one non-citizen), and 6,200 bi-national same-sex couples raising more than 11,000 children. Exhibit 22 at 1-2. The study corroborates plaintiffs' evidence showing that the proposed class meets all requirements of Rule 23, Fed.R.Civ.Proc., including the numerosity requirement of Rule 23(a)(1).

Dated: March 18, 2013.

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguín

/s/ Carlos R. Holguín_____

/s/ Peter Schey _____

*Attorneys for Plaintiffs*

/ / /

Notice of Filing of Supplemental Exhibits
- 3 -
Center for Human Rights & Constitutional Law
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

## CERTIFICATE OF SERVICE

SACV12-01137 CBM (AJWx)

I hereby certify that on this 18th day of March, 2013, I electronically filed the foregoing NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS 21-22 with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

Dated: March 18, 2013.                                    /s/ ___Carlos Holguín_____

/ / /