CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos R. Holguín (Cal. Bar No. 90754)
256 S. Occidental Blvd.
Los Angeles, CA 90057
Telephone: (213) 388-8693 (Schey Ext. 304, Holguín ext. 309)
Facsimile: (213) 386-9484
pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed next page*

UNITED STATES DISTRICT COURT FOR THE

CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| MARTIN R. ARANAS, *et al.*, <br><br> Plaintiffs, <br><br> -vs- <br> JANET NAPOLITANO, Secretary of the Department of Homeland Security; *et al.*, <br><br> Defendants. | SACV12-01137 CBM (AJWx) <br><br> REQUEST FOR DECISION ON MOTIONS FOR PRELIMINARY INJUNCTION, ET AL. <br><br> [Local Rule 83-9] <br><br> Hearing: None <br> Time: n/a <br> Hon. Consuelo B. Marshall |

*Additional counsel for plaintiff Aranas:*

PUBLIC LAW CENTER
Christian Abasto (Cal. Bar No. 190603)
Monica Ashiku (Cal. Bar No. 263112)
601 Civic Center Drive West
Santa Ana, CA 92701
Telephone: (714) 541-1010 (Abasto Ext. 277; Ashiku Ext. 249)
Facsimile: (714) 541-5157
jgreenwald@publiclawcenter.org
mashiku@publiclawcenter.org

ASIAN LAW ALLIANCE
Beatrice Ann M. Pangilinan (Cal. Bar No. 271064)
184 Jackson Street, San Jose, CA 95112
Telephone: (408) 287-9710
Facsimile: (408) 287-0864
Email:  bpangilinan@asianlawalliance.org

*Additional counsel for plaintiffs Rodriguez and DeLeon:*

LAW OFFICES OF MANULKIN & BENNETT
Gary H. Manulkin (Cal. Bar No. 41469)
Reyna M. Tanner (Cal. Bar No. 197931)
10175 Slater Avenue, Suite 111
Fountain Valley, CA 92708
Telephone: 714-963-8951
Facsimile: 714-968-4948
gmanulkin@mgblaw.com
reynatanner@yahoo.com

/ / /

On November 20, 2012, the Court heard the following motions:

Plaintiffs' Motion for Preliminary Injunction, Dkt. No. 12.

Plaintiffs' Motion for Class Certification, Dkt. No. 13.

Intervenor's Motion to Dismiss, Dkt. No. 36.

Defendants' Partial Motion to Dismiss, Dkt. No. 46.

Following hearing the Court took the referenced motions under submission. Dkt. No. 109.

More than 120 days have passed since the pending motions were submitted for decision. In accordance with Local Rule 83-9.2, plaintiffs request that decisions on the referenced motions be made without further delay. Defendants and intervenor decline to join in this request.

Defendants have sought a stay in this matter and reiterate their request that this case be held in abeyance pending resolution of the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), 1 U.S.C. § 7, by the Supreme Court. *See* Dkt. No. 114.  The Supreme Court heard oral argument on the constitutionality of Section 3 of DOMA on March 27, 2013.

Intervenor declined plaintiffs' invitation to join this filing.

Request for Decision [Local Rule 83-9.2]

3

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

In compliance with the requirement of Local Rule 83-9.2, a copy of this submission is concurrently being sent to the Chief Judge.

Respectfully submitted,

Dated: April 1, 2013.

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguín

/s/ Peter A. Schey

/s/ Carlos R. Holguín

*Attorneys for Plaintiffs*

Dated:  April 1, 2013.

AARON S. GOLDSMITH
Senior Litigation Counsel
District Court Section Office of Immigration Litigation
*Attorneys for Defendants*

/s/Aaron Goldsmith

/ / /

Request for Decision [Local Rule 83-9.2]

4

Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
213/388-8693

# CERTIFICATE OF SERVICE

## SACV12-01137 CBM (AJWx)

I hereby certify that on this day I electronically filed the foregoing JOINT SUBMISSION UNDER LOCAL RULE 83-9.2 with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to all attorneys of record through the Court's CM/ECF system.

Dated:  April 1, 2013, 2013.                     /s/ _Carlos Holguín_____

/ / /