UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV12-1137 CBM(AJWx) | Date | April 4, 2013 |
| Title | Martin R. Aranas, et al vs Janet Napolitano, etc., et al | | |

| Present: The Honorable | CONSUELO B. MARSHALL | |
|---|---|---|
| | Joseph M. Levario | n/a |
| | Deputy Clerk | Court Reporter / Recorder |
| | Attorneys Present for Plaintiffs: | Attorneys Present for Defendant |
| | n/a | n/a |

**Proceedings:**   IN CHAMBERS/OFF THE RECORD
Request for Decision on Motions for Preliminary Injunction( #122)
Intervenor-Defendant Bipartisan Legal Advisory Group of the U. S. House of Representatives' Local Rule 83-9.2 Submission (#123)

The Court having considered the documents filed by counsel, the Court notes for the record that a ruling on the pending motions will be filed on or before April 22, 2013.

cc: George H. King
    Chief Judge

                                                                00   :   00

                                       Initials of Preparer        JL

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SACV12-1137 CBM(AJWx) | Date | April 4, 2013 |
|---|---|---|---|
| Title | Martin R. Aranas, et al vs Janet Napolitano, etc., et al | | |