STUART F. DELERY
Acting Assistant Attorney General
AUGUST E. FLENTJE
Senior Counsel for Immigration
DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section
JEFFREY S. ROBINS
Assistant Director
AARON S. GOLDSMITH (VSB No. 45405)
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4107
Facsimile: (202) 305-7000
Email: aaron.goldsmith@usdoj.gov
TIMOTHY M. BELSAN
Trial Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

MARTIN ARANAS, et al.,

Plaintiffs,

v.

JANET NAPOLITANO, Secretary, Department of Homeland Security, et al.,

Defendants.

No. 8:12-cv-1137-CBM (AJWx)

**EX PARTE APPLICATION FOR A STATUS CONFERENCE, SUSPENSION OF BRIEFING SCHEDULE, AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT**

**DECLARATION OF AARON S. GOLDSMITH**

**[PROPOSED] ORDER**

Before the Hon. Consuelo B. Marshall

Defendants hereby apply *ex parte* for a status conference and a suspension of briefing on Plaintiffs' pending motions to lift the court-ordered stay and seek various forms of relief for class members and new intervenors. *See* Dkts. 132, 133, 134. In the alternative, Defendants request an extension of two weeks to respond to Plaintiffs' pending motions. *See id*.

Defendants submit that this Ex Parte Application is justified in light of Defendants' need for the relief requested, a status conference and suspension of the briefing schedule, prior to July 15, 2013, the purported deadline for Defendants to respond to Plaintiffs' pending motions.

Pursuant to L.R. 7-19.1, Defendants gave notice of this application to Plaintiffs via telephone and email on July 9, 2012. Plaintiffs advised by email that they do not oppose a status conference, but do oppose suspending briefing on the pending motions or postponement of the hearing. Plaintiffs requested that the Court be advised of their position: "Plaintiff and proposed intervenors would agree to a reasonable continuance of briefing and hearing were CIS to agree to promptly issue proposed intervenors Bustos Garcia and Martinez work authorization and to discuss promptly and substantively interim and permanent relief for plaintiff and the plaintiff class." Defendants also gave notice of this application to Intervenor the Bipartisan Legal Advisory Group ("BLAG") on July 9, 2013, via telephone. BLAG advised that they do not oppose this application.

On April 24, 2013, this Court entered a stay of this action pending the decision of the United States Supreme Court in *United States v. Windsor*, No. 12-307. Dkt. 129. This Court held that Plaintiffs would not be damaged by a stay. *Id.*, *see also* Dkt. 128, p. 8 (finding that Plaintiffs are not likely to suffer future irreparable injury).

On June 26, 2013, the Supreme Court issued its decision in *United States v. Windsor*, 570 U.S. __ (2013), 2013 WL 3196928, holding Section 3 of the Defense of Marriage Act ("DOMA") unconstitutional.

Late on July 8, 2013, Plaintiffs filed three motions seeking, among other things: a lift of the court-ordered stay, reconsideration of Plaintiffs' earlier motion for a preliminary injunction, intervention by new class representatives, and a different preliminary injunction for the benefit of these new proposed intervenors. In total, these motions, related filings, proposed orders, and exhibits total 447 pages. Plaintiffs noticed their motions for August 5, 2013, rendering Defendants' responses due on July 15, 2013.

The Executive Branch is actively reviewing the over 1,100 federal statutes in which rights, benefits, and privileges are contingent on marital status or in which marital status is a factor, in light of the *Windsor* decision. This review and the implementation of the *Windsor* decision are developing on a day-to-day basis. For example, the Department of Homeland Security has already begun changing its immigration-related procedures in light of the *Windsor* decision. *See* http://www.dhs.gov/topic/implementation-supreme-court-ruling-defense-marriage-act.

As this Court previously recognized, there are prudential reasons for the judiciary to decline to exercise its authority when co-equal branches of government are actively changing a challenged practice. Dkt. 128, p. 7 citing, *inter alia*, *A.L. Mechling Barge Lines, Inc. v. United States*, 368 U.S. 324, 330-31 (1961); *Penthouse Int'l, Ltd. v. Meese*, 939 F.2d 1011, 1019 (D.C. Cir. 1991). The Supreme Court has now ruled Section 3 of DOMA unconstitutional. *See United States v. Windsor*, 570 U.S. __ (2013), 2013 WL 3196928. As a result, the challenged practice – the enforcement of Section 3 of DOMA – has ceased.

In connection with the Executive Branch's ongoing review and implementation of the *Windsor* decision, some of the issues raised in Plaintiffs' pending motions, assuming that they are even properly before this Court, may be rendered moot before this Court can rule on Plaintiffs' motions. For these reasons, Defendants request that this Court hold a status conference on this litigation and suspend briefing on Plaintiffs' pending motions until such time as this Court directs otherwise.

Defendants ask that the district court schedule a telephonic status conference this week to discuss a briefing schedule regarding Plaintiffs' current motions. Defendants further ask for a suspension of the briefing schedule for those motions until such time as the Court otherwise directs.

In the alternative, given the importance of the issues, the recent issuance of the *Windsor* decision, and the Government's developing efforts, Defendants respectfully request a two-week continuance of the hearing date until August 19, 2013. Plaintiffs will not be harmed by such a delay. The Supreme Court has held Section 3 of DOMA unconstitutional and it is therefore no longer being enforced, and this Court previously held that even when it was being enforced, Plaintiffs had failed to establish future irreparable injury without the benefit of injunctive relief. Dkt. 128, p. 8.

WHEREFORE, Defendants respectfully request that this Court schedule a telephonic status conference for this matter this week and suspend briefing on Plaintiffs' pending motions, or, in the alternative, that the hearing on Plaintiffs' pending motions be continued until August 19, 2013.

Dated: July 9, 2013

Respectfully submitted,

STUART F. DELERY
Acting Assistant Attorney General

AUGUST E. FLENTJE
Senior Counsel for Immigration

DAVID J. KLINE
Director, Office of Immigration Litigation

JEFFREY S. ROBINS
Assistant Director

s/ Aaron S. Goldsmith
AARON S. GOLDSMITH
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044

*Attorneys for Defendants*

Defendants advise, per L.R. 19, that Plaintiffs are represented principally by Peter Schey and Carlos Holguin, Center For Human Rights and Constitutional Law, 256 South Occidental Boulevard, Los Angeles, CA 90058, 213.388.8693, pschey@centerforhumanrights.org, crholguin@centerforhumanrights.org

Intervenor Bipartisan Legal Advisory Group is represented principally by Kerry W. Kircher and William Pittard, Office of General Counsel, U.S. House of Representatives, 219 Cannon House Office Building, Washington, D.C. 20515, Kerry.Kircher@mail.house.gov, William.Pittard@mail.house.gov.