## DECLARATION OF AARON S. GOLDSMITH

I, Aaron S. Goldsmith, hereby declare under penalty of perjury:

1.      I, Aaron S. Goldsmith, am Senior Litigation Counsel for the United States Department of Justice, Civil Division, Office of Immigration Litigation, District Court Section, in Washington, DC.  I am counsel for Defendants in this matter.

2.      Pursuant to L.R. 7-19.1, Defendants gave notice of this application to Plaintiffs via telephone and email on July 9, 2012.  Plaintiffs advised by email that they do not oppose a status conference, but do oppose suspending briefing on the pending motions or postponement of the hearing.  Plaintiffs requested that the Court be advised of their position: "Plaintiff and proposed intervenors would agree to a reasonable continuance of briefing and hearing were CIS to agree to promptly issue proposed intervenors Bustos Garcia and Martinez work authorization and to discuss promptly and substantively interim and permanent relief for plaintiff and the plaintiff class."  Defendants also gave notice of this application to Intervenor the Bipartisan Legal Advisory Group ("BLAG") on July 9, 2013, via telephone.  BLAG advised that they do not oppose this application.

   I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 9, 2013, at Washington, D.C.

                              /s/ Aaron S. Goldsmith
                              AARON S. GOLDSMITH

1