UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN ARANAS, et al., | ) | No. 8:12-cv-1137-CBM (AJWx) |
| Plaintiffs, | ) | |
| | ) | [PROPOSED] ORDER |
| v. | ) | |
| JANET NAPOLITANO, Secretary, Department of Homeland Security, et al., | ) | |
| Defendants. | ) | |

## [PROPOSED] ORDER

Pursuant to Defendants' *Ex Parte* Application for a Status Conference, Suspension of Briefing Schedule, and Memorandum of Points and Authorities in Support, and for the reasons stated therein, IT IS HEREBY ORDERED that this Court will schedule a telephonic status conference for this matter and suspend briefing on Plaintiffs' pending motions [or, in the alternative, that the hearing on Plaintiffs' pending motions be continued until August 19, 2013].

SO ORDERED.

DATED: July __ , 2013           _____
                                HON. CONSUELO B. MARSHALL
                                UNITED STATES DISTRICT JUDGE

Presented by:

STUART F. DELERY
Acting Assistant Attorney General

AUGUST E. FLENTJE
Senior Counsel for Immigration

DAVID J. KLINE
Director, Office of Immigration Litigation
District Court Section

JEFFREY S. ROBINS
Assistant Director

/s/ Aaron S. Goldsmith
AARON S. GOLDSMITH
Senior Litigation Counsel
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 532-4107
Facsimile: (202) 305-7000
Email: aaron.goldsmith @usdoj.gov

Attorneys for Defendants