Paul D. Clement (DC Bar 433215)
pclement@bancroftpllc.com
H. Christopher Bartolomucci (DC Bar 453423)
cbartolomucci@bancroftpllc.com

BANCROFT PLLC
1919 M Street, N.W.
Suite 470
Washington, D.C. 20036
202-234-0090 (telephone)
202-234-2806 (facsimile)

*Of Counsel:*
Kerry W. Kircher, General Counsel (DC Bar 386816)
Kerry.Kircher@mail.house.gov
William Pittard, Deputy General Counsel (DC Bar 482949)
William.Pittard@mail.house.gov
Christine Davenport, Senior Assistant Counsel (NJ Bar 043682000)
Christine.Davenport@mail.house.gov
Todd B. Tatelman, Assistant Counsel (VA Bar 66008)
Todd.Tatelman@mail.house.gov
Mary Beth Walker, Assistant Counsel (DC Bar 501033)
MaryBeth.Walker@mail.house.gov
Eleni M. Roumel, Assistant Counsel (SC Bar 75763)
Eleni.Roumel@mail.house.gov

OFFICE OF GENERAL COUNSEL,
U.S. HOUSE OF REPRESENTATIVES
219 Cannon House Office Building
Washington, D.C. 20515
202-225-9700 (telephone)
202-226-1360 (facsimile)

*Counsel for Intervenor-Defendant the Bipartisan Legal Advisory Group of the U.S. House of Representatives*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## Southern Division

| | |
|---|---|
| MARTIN R. ARANAS, et al., | No. 8:12-cv-01137-CBM (AJWx) |
| Plaintiffs, | **UNOPPOSED EX PARTE APPLICATION OF THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES TO WITHDRAW AS INTERVENOR-DEFENDANT** |
| v. | |
| JANET NAPOLITANO, et al., | |
| Defendants, | |
| THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, | Hon. Consuelo B. Marshall |
| Intervenor-Defendant. | |

The Bipartisan Legal Advisory Group of the U.S. House of Representatives ("House") hereby applies ex parte to withdraw as intervenor-defendant. None of the other parties to this lawsuit opposes the relief requested herein.

## MEMORANDUM IN SUPPORT

The House sought, and was granted, leave to intervene in this case for the purpose of defending the constitutionality of Section 3 of the Defense of Marriage Act ("DOMA"), Pub. L. No. 104-199, 110 Stat. 2419 (1996), codified at 1 U.S.C. § 7. *See* Notice of Mot. & Mot. [for Leave to Intervene] (Aug. 23, 2012) (ECF No. 18); Order Granting [Mot. to Intervene] (Sept. 26, 2012) (ECF No. 43).

The Supreme Court recently resolved the issue of DOMA Section 3's constitutionality. *See United States v. Windsor*, 570 U.S. __ (2013), 2013 WL

3196928 (June 26, 2013). Accordingly, the House no longer needs to play a role in this litigation and now seeks to withdraw as an intervenor-defendant.

As noted, no party opposes this Application.[1]

A declaration and a proposed order are attached, and oral argument is not requested.

Respectfully submitted,

By: */s/ Paul D. Clement*
Paul D. Clement
BANCROFT PLLC[2]

*Counsel for Intervenor-Defendant*

July 10, 2013

---

[1] The House advises, per L.R. 7-19, that Plaintiffs are represented by, among other counsel, Peter Schey, Center For Human Rights and Constitutional Law, 256 South Occidental Boulevard, Los Angeles, CA 90058, (213) 388-8693, pschey@centerforhumanrights.org. Defendants are represented by, among other counsel, Aaron Goldsmith, Senior Litigation Counsel, Office of Immigration Litigation, P.O. Box 868, Ben Franklin Station, Washington, D.C. 20044, (202) 532-4107, aaron.goldsmith@usdoj.gov.

[2] Kerry W. Kircher, as ECF filer of this document, attests that concurrence in the filing of the document has been obtained from signatory Paul D. Clement.

**CERTIFICATE OF SERVICE**

I hereby certify that on July 10, 2013, I electronically filed the foregoing Unopposed Ex Parte Application of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Withdraw as Intervenor-Defendant with the Clerk of Court by using the CM/ECF system, which provided an electronic notice and electronic link of the same to the following attorneys of record through the Court's CM/ECF system:

Peter A. Schey, Esq.
Carlos Holguin, Esq.
CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
256 South Occidental Boulevard
Los Angeles, CA 90057
pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

Julie Greenwald Marzouk, Esq.
Monica Nikole Ashiku, Esq.
PUBLIC LAW CENTER
601 Civic Center Drive West
Santa Ana, CA 92701
jgreenwald@publiclawcenter.org
mashiku@publiclawcenter.org

Beatrice Ann M. Pangilinan, Esq.
ASIAN LAW ALLIANCE
184 Jackson Street
San Jose, CA 95112
bpangilinan@asianlawalliance.org

Gary H. Manulkin, Esq.
Reyna M. Tanner, Esq.
LAW OFFICES OF MANULKIN & BENNETT
10175 Slater Avenue, Suite 111
Fountain Valley, CA 92708
gmanulkin@mgblaw.com
reynatanner@yahoo.com

Aaron Goldsmith, Senior Litigation Counsel
UNITED STATES DEPARTMENT OF JUSTICE
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
aaron.goldsmith@usdoj.gov

                                            */s/ Kerry W. Kircher*
                                            Kerry W. Kircher