## DECLARATION OF KERRY W. KIRCHER

I, Kerry W. Kircher, hereby declare under penalty of perjury that:

1.     I, Kerry W. Kircher, am General Counsel for the U.S. House of Representatives, in Washington, DC.  I am counsel for Intervenor-Defendant in this matter.

2.     Pursuant to L.R. 7-19.1, Counsel for the Intervenor-Defendant gave notice of this application to Peter Schey, Counsel for Plaintiffs, and Aaron Goldsmith, counsel for the Executive Branch defendants, via email on July 9, 2013.  Mr. Schey and Mr. Goldsmith each advised by email that their respective clients do not oppose Intervenor-Defendant's application to withdraw.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 10, 2013, at Washington, D.C.

*/s/ Kerry W. Kircher*
KERRY W. KIRCHER