**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**Southern Division**

| | |
|---|---|
| MARTIN R. ARANAS, et al., | No. 8:12-cv-01137-CBM (AJWx) |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER** |
| JANET NAPOLITANO, et al., | |
| Defendants, | |
| THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES, | |
| Intervenor-Defendant. | |

[PROPOSED] ORDER

UPON CONSIDERATION OF the Unopposed Ex Parte Application of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Withdraw as Intervenor-Defendant ("Application"), and the entire record herein, it is by the Court this ____ day of _____, 2013, ORDERED That the Application is GRANTED.

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE