# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
### Southern Division

MARTIN R. ARANAS, et al.,

    Plaintiffs,

v.

JANET NOPOLITANO, et al.,

    Defendants,

THE BIPARTISAN LEGAL ADVISORY GROUP OF THE U.S. HOUSE OF REPRESENTATIVES,

    Intervenor-Defendant.

No. 8:12-cv-01137-CBM (AJWx)

**ORDER [137]**

## ORDER

UPON CONSIDERATION OF the Unopposed Ex Parte Application of the Bipartisan Legal Advisory Group of the U.S. House of Representatives to Withdraw as Intervenor-Defendant ("Application"), and the entire record herein, it is by the Court this 12th day of July, 2013, ORDERED

That the Application is GRANTED.

_____
HON. CONSUELO B. MARSHALL
UNITED STATES DISTRICT JUDGE