UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | SA CV 12-1137-CBM(AJWx) |
| Date | JULY 12, 2013 |
| Title | MARTIN R. ARANAS, ET AL v. JANET NAPOLITANO, ET AL . |

Present: The Honorable   CONSUELO B. MARSHALL , UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Leandra Amber |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos Holguin | Aaron S. Goldsmith |
| Peter A. Schey | August E. Flentje |
| | William B. Pittard, IV |
| | Eric A. Stone |
| | Julie F. Fink |

**Proceedings:** TELEPHONIC STATUS CONFERENCE RE:
Defendant's Ex parte application for suspension of briefing schedule, fld 7/9/13[136]

The case is called and counsel state their appearance via telephone. The Court and counsel confer.

Following discussions with the parties, the Court GRANTS Defendant's Ex parte application and sets a briefing schedule on Plaintiff's pending motions as follows: opposition is due no later than July 29, 2013, reply, if any, is due no later than August 5, 2013 with a tentative hearing date of August 19, 2013 at 10:00 a.m.

The Court further orders the unopposed Ex parte application of Intervenor-Defendant [137] to withdraw as Intervenor-Defendant is GRANTED. The parties shall meet and confer re the temporary employment issue.

IT IS SO ORDERED.

cc: all parties

__ : 45