UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **SA CV 12-1137-CBM(AJWx)** | Date | JULY 18, 2013 |

| | |
|---|---|
| Title | MARTIN R. ARANAS, ET AL v. JANET NAPOLITANO, ET AL |

| | |
|---|---|
| Present: The Honorable | CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE |

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:   IN CHAMBERS - NOTICE TO ALL PARTIES OF COURT ORDER**

On the Court's own motion, the Plaintiff's Motion to Intervene **[133]**; Plaintiff's Motion to modify stay, reconsider motion for preliminary injunction, and issue class-wide preliminary injunction, **[132]** and Plaintiff's Motion to modify stay and for preliminary injunction re; class members Alexander Bustos Garcia and Holga Martinez **[134]**, currently scheduled for August 5, 2013, are hereby ordered continued to *August 19, 2013 at 10:00 a.m.*  Oppositions are due no later than July 29, 2013 and replies, if any, are due no later than August 5, 2013.

**IT IS SO ORDERED.**

cc: all parties

| | | |
|---|---|---|
| CV-90 (12/02) | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>YS</u> |