STUART F. DELERY
Acting Assistant Attorney General
AUGUST E. FLENTJE
Senior Counsel for Immigration
DAVID J. KLINE
Director, Office of Immigration Litigation
JEFFREY S. ROBINS
Assistant Director
AARON S. GOLDSMITH (VSB# 45405)
Senior Litigation Counsel
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone:  (202) 532-4107
Facsimile:  (202) 305-7000
Email:  Aaron.Goldsmith@usdoj.gov
TIMOTHY M. BELSAN
Trial Attorney

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARTIN ARANAS, et al., | ) | No. 8:12-cv-1137-CBM (AJWx) |
| | ) | |
| Plaintiffs, | ) | **DEFENDANTS'** |
| | ) | **STATUS REPORT** |
| v. | ) | |
| | ) | Hon. Consuelo B. Marshall |
| JANET NAPOLITANO, Secretary, | ) | |
| Department of Homeland Security, | ) | |
| et al., | ) | |
| Defendants. | ) | |
| _____ | ) | |

  Per this Court's Order dated April 24, 2013 (Dkt. 130), Defendants respectfully submit this status report regarding the status of the present litigation.

1

Plaintiffs and Proposed Intervenors have, collectively, four pending motions set for oral argument on August 19, 2013: (i) Motion for Summary Judgment, (ii) Motion to Modify Stay, Reconsider Motion for Preliminary Injunction, and Issue Class-Wide Preliminary Injunction, (iii) Motion to Intervene, and (iv) Motion to Modify Stay and for Preliminary Injunction Re: Class Members/Intervenors.

On July 29, 2013, Defendants filed oppositions to these four motions. Defendants contend, among other things, that this action is moot because the Supreme Court has definitively ruled that Section 3 of the Defense of Marriage Act ("DOMA") is unconstitutional, *United States v. Windsor*, 133 S. Ct. 2675 (2013), and the Department of Homeland Security ("DHS") is evaluating all immigration petitions and applications, including I-485 applications for adjustment of status, without regard to Section 3 of DOMA. *See In re Zeleniak*, 26 I. & N. Dec. 158, 159 (B.I.A. 2013) (holding that Section 3 of DOMA is no longer an impediment to the recognition of lawful same-sex marriages if the marriage is valid under the laws of the State of celebration).

Additionally, DHS recently announced that it is reopening prior petitions and applications that were denied solely based on the basis of Section 3 of DOMA without charging a fee to applicants. *See* "Same-Sex Marriages – Frequently Asked Questions" *available at* Dkt. 149-1. Since this new policy was just issued last week, to the extent the Court wishes to retain jurisdiction over this case, the government can provide the Court with a status report on its implementation prior to this Court's hearing scheduled for August 19, 2013.

DATED: August 1, 2013

STUART F. DELERY
Acting Assistant Attorney General

AUGUST E. FLENTJE
Senior Counsel for Immigration

DAVID J. KLINE
Director, Office of Immigration Litigation

JEFFREY S. ROBINS
Assistant Director

*s/ Aaron S. Goldsmith*
AARON S. GOLDSMITH
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4107
E-Mail: Aaron.Goldsmith@usdoj.gov

TIMOTHY M. BELSAN
Trial Attorney

*Attorneys for Defendants*