# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES -REOPENING/CLOSING

Case No. __SACV 12-01137 CBM (AJWx)__    Date __8/14/2013__

Title: __Martin Aranas v. Janet Napolitano, Secretary, Department of Homeland Security__

Present: The Honorable __CONSUELO B. MARSHALL, DISTRICT JUDGE__

| Yolanda Skipper | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

N/A                                        N/A

Proceedings:    ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other __Pursuant to Defendants' Status Report filed 8/1/2013, case shall be reopened.__

☒ Entered __Make JS-5.__

Initials of Preparer      YS