UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | SA CV 12-1137-CBM(AJWx) | Date | SEPTEMBER 10, 2013 |
|---|---|---|---|
| Title | MARTIN R. ARANAS, ET AL v. JANET NAPOLITANO, ET AL | | |

Present: The Honorable    CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| Yolanda Skipper | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Carlos Holguin | August E. Flentje |
| Peter A. Schey | |

Proceedings:     HEARING RE:
Plaintiff's Motion to Intervene, fld 7/8/13 **[133]**;
Plaintiff's Motion to modify stay, reconsider motion for preliminary injunction, and issue class-wide preliminary injunction, fld 7/8/13 **[132];**
Plaintiff's Motion to modify stay and for preliminary injunction re; class members Alexander Bustos Garcia and Holga Martinez, fld 7/8/13 **[134]**
Plaintiff Jane Deleon's motion for summary judgment, fld 7/19/13 **[144]**

The case is called and counsel state their appearance.  The Court and counsel confer.  The Court invites counsel to respond to the oral tentative rulings.

Following discussions with the parties, the Court grants the stay to be lifted and advises counsel that the motions are taken under submission.  A written order will issue.  Defendants shall provide the court with further information as to the unlawful presence issue no later than September 13, 2013.

IT IS SO ORDERED.

cc: all parties

<u>1</u>: <u>13</u>